# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIK PICKERSGILL, | |
| Plaintiff, | |
| v. | Civil Action No.: |
| PAUL STRAUSS D/B/A AWESOMER MEDIA, | 1:22-cv-02438 |
| Defendant. | |

## STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL

Plaintiff ERIK PICKERSGILL and Defendant PAUL STRAUSS hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: September 30, 2022          The Law Office of David C. Deal, P.L.C.

                                   _/s/_*David C. Deal*_____
                                   *Counsel for Plaintiff*

Dated: September 30, 2022          Chicago IP Law

                                   _/s/_*Steven M. Evans*_____
                                   *Counsel for Defendant*

<u>ORDER OF DISMISSAL</u>

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: September 30, 2022

_____
EDMUND E. CHANG
UNITED STATES DISTRICT JUDGE